Abran E. Vigil
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
burker@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>          Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation; RODRIGO J. COLOMA, an individual; NICOLE E. COLOMA, an individual;<br><br>          Defendants. | Case No.  2:16-cv-02230-RFB-VCF<br><br>**STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME FOR BRIEFING SCHEDULE FOR SFR'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(First Request)** |

      Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to allow an enlargement of time with respect to the briefing schedule for SFR's Motion For Partial Summary Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-*Bourne Valley* filed on December 21, 2016 (the "Partial MSJ"). Specifically, the Parties stipulate to the following:

1. Chase's current date to file a Response to the Partial MSJ is January 11, 2017.

2. The Parties agree that Chase may have a two-week extension such that Chase's Response to the Partial MSJ shall be due on or before January 25, 2017.

3. The Parties agree that SFR's Reply to the Partial MSJ shall be due on or before February 15, 2017.

4. The Parties request an enlargement of the briefing schedule due to the availability of counsel as a result of the holidays as well as the novel issues in the Partial MSJ.

*[Remainder of Page Intentionally Left Blank]*

5. The Parties stipulate to the foregoing in good faith and not for the purposes of delay.

Dated: this 9th day of January, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| /s/ Russell J. Burke <br> Abran E. Vigil, Esq. <br> Nevada Bar No. 7548 <br> Russell J. Burke <br> Nevada Bar No. 12710 <br> Kyle A. Ewing <br> Nevada Bar No. 14051 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 | /s/ Diana Cline Ebron <br> Diana Cline Ebron <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert <br> Nevada Bar No. 10593 <br> Karen L. Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 11th day of January, 2017.

Respectfully submitted,

BALLARD SPAHR LLP


/s/ Russell J. Burke
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Russell J. Burke
Nevada Bar No. 12710
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

*Attorneys for JPMorgan Chase Bank, N.A.*

3