DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation; and RODRIGO J. COLOMA, an individual;<br><br>        Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Counter/Cross Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; RODRIGO J. COLOMA, an individual,<br><br>        Counter/Cross Defendant. | Case No. 2:16-cv-02230-RFB-VCF<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR SFR INVESTMENTS POOL 1, LLC TO REPLY TO RESPONSE [DKT 42] TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT 38]**<br>**(First Request for This Brief)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR") and Plaintiff/Counter-defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their undersigned counsel, hereby stipulate and agree to allow SFR an

- 1 -

additional two weeks (14 days) to file its Reply to Chase's Response in Opposition to SFR's Motion for Partial Summary Judgment Regarding a Pure Issue of Law: Application of the Return Doctrine Post-Bourne Valley ("Chase's Resp. to Partial MSJ.") [Dkt 42]. Specifically, the Parties stipulate to the following:

1. SFR's current date to file a Reply to Chase's Resp. to Partial MSJ is February 15, 2017.

2. The Parties agree that SFR may have a two-week extension such that SFR's Reply to Chase's Resp. to Partial MSJ shall be due on or before March 1, 2017.

3. SFR requests the enlargement of the briefing schedule due to the novel issues raised in the Partial MSJ and Chase's Resp. to Partial MSJ.

4. The briefing schedule was enlarged once for Chase's Resp. to Partial MSJ by stipulation and order entered on January 11, 2017 [Dkt. 41]. This is the first request for an enlargement of time for this brief following Chase's filing of its Resp. to Partial MSJ.

…

…

…

…

…

…

...

…

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

5. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

Dated this __14th__ day of February, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| */s/ Russell J. Burke* | */s/ Jacqueline A. Gilbert* |
| Abran E. Vigil, Esq. | Jacqueline A. Gilbert, Esq. |
| Nevada Bar No. 7548 | Nevada Bar No. 10593 |
| Russell J. Burke, Esq. | Diana Cline Ebron, Esq. |
| Nevada Bar No. 12710 | Nevada Bar No. 10580 |
| 100 North City Parkway, Suite 1750 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89106 | Las Vegas, Nevada 89139 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: __February 16, 2017.__

Respectfully submitted by:

KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139

*Attorneys for SFR Investments Pool 1, LLC*