Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
Kyle A. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; MONTAGNE MARRON COMMUNITY ASSOCIATION, a Nevada non-profit corporation; RODRIGO J. COLOMA, an individual; NICOLE E. COLOMA, an individual,<br><br>    Defendants. | Case No. 2:16-cv-02230-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., SFR INVESTMENTS POOL 1, LLC, AND MOTAGNE MARRON COMMUNITY ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/Cross Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; RODRIGO J. COLOMA, an individual,<br><br>    Counter/Cross Defendant. | |

DMWEST #18317818 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant/Cross-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Montagne Marron Community Association ("Montagne Marron") (collectively, the "Parties"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 11208 Lavandou Drive, Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on September 26, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20050630-0004923 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, including the Complaint and the Counter-Claim, and further agreed that the claims between them, shall be DISMISSED with prejudice.

4. As neither Rodrigo J. Coloma nor Nicole E. Coloma appeared in this action, Chase hereby voluntarily dismisses its claims against them pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

5. This Stipulation shall have no effect on SFR's cross-claim against Rodrigo J. Coloma.

6. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20161207-0001917 be, and the same hereby is, EXPUNGED.

7. The Parties further stipulate and agree that the $500 in security costs posted by Chase on November 9, 2016 pursuant to this Court's Order [ECF No. 16] shall be discharged and released to the Ballard Spahr LLP Trust Account.

8. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

2

9. This case shall remain open until such time as SFR resolves its pending cross-claim against Rodrigo J. Coloma, and

10. The Stipulating Parties in this case number 2:16-cv-02230-RFB-VCF shall bear its own attorneys' fees and costs.

Dated: January 3, 2019

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Justin A. Shiroff<br>　Abran E. Vigil<br>　Nevada Bar No. 7548<br>　Justin A. Shiroff<br>　Nevada Bar No. 12869<br>　Kyle A. Ewing<br>　Nevada Bar No. 14051<br>　1980 Festival Plaza Drive, Suite 900<br>　Las Vegas, Nevada 89135 | By: /s/ Jacqueline A. Gilbert<br>　Diana S. Ebron<br>　Nevada Bar No. 10580<br>　Jacqueline A. Gilbert<br>　Nevada Bar No. 10593<br>　Karen L. Hanks<br>　Nevada Bar No. 9578<br>　7625 Dean Martin Dr., Suite 110<br>　Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

THE CLARKSON LAW GROUP, P.C.

By: /s/ Matthew J. McAlonis
　Matthew J. McAlonis
　Nevada Bar No. 10003
　3230 South Buffalo Drive, Suite 108
　Las Vegas, NV 89117

*Attorney for Montagne Marron Community Association*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:　January 4, 2019

3