# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JPMorgan Chase Bank, N.A.

                Plaintiff,

v.

SFR Investments Pool 1, LLC et al

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02230-RFB-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of SFR Investments Pool 1, LLC. IT IS FURTHER DECLARED that Defendant Rodrigo J. Coloma, and any successors and assigns, have no right, title or interest in the property and that SFR is the rightful title owner.

| | |
|---|---|
| 3/4/2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |